

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00060-CV
No. 02-19-00061-CV

_____

IN THE MATTER OF C.A., JR.

On Appeal from County Court at Law No. 1
Denton County, Texas
Trial Court Nos. JV-2017-00561, JV-2018-00016

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion to Withdraw/Dismiss Appeal" filed in each of the above appeals.[1] We grant the motion and dismiss the appeals. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: April 18, 2019

---

[1]Although the motion does not contain the juvenile's signature, we abated the appeals for the trial court to determine whether the juvenile voluntarily waived his right to appeal. At a hearing, on the record, the juvenile told the trial court that he wished to waive and dismiss his appeals. Thus, this dismissal is in accord with family code section 51.09's requirements. *See* Tex. Fam. Code Ann. § 51.09; *In re E.J.E.*, 557 S.W.3d 615, 617 (Tex. App.—El Paso 2017, order).